IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-616-D

| | |
|---|---|
| JEREMY PYLE and AMELIA HQ, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| PAUL DIEGIDIO et al., | ) |
| | ) |
| Defendants. | ) |

The court DENIES plaintiffs' motions to dismiss [D.E. 25, 30]. Whether the counterclaims and third affirmative defense will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 14 day of July, 2025.

                                        JAMES C. DEVER III
                                        United States District Judge